UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

AKEEM N. HENDERSON,

                Plaintiff,

v.

PIERCE COUNTY, et al.,

                Defendants.

No. C17-5099 RBL-TLF

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation [Dkt. $#22].

(2) Plaintiff's motion to voluntarily dismiss this action [Dkt. #15] is **GRANTED;** this action is **Dismissed Without Prejudice**.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for any Defendants who have appeared, and to the Hon. Theresa L. Fricke.

**DATED** this 7th day of June, 2017.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1